No. 10-5623. Stephen Moreland Redd, Petitioner v. California.

562 U.S. 932, 131 S. Ct. 328, 178 L. Ed. 2d 214, 2010 U.S. LEXIS 7236.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 48 Cal. 4th 691, 108 Cal. Rptr. 3d 192, 229 P.3d 101.

No. 10-5626. Ernest Miller, Petitioner v. California.

562 U.S. 932, 131 S. Ct. 329, 178 L. Ed. 2d 214, 2010 U.S. LEXIS 7165.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

No. 10-5629. Richard Tagliamonte, Petitioner v. United States.

562 U.S. 932, 131 S. Ct. 329, 178 L. Ed. 2d 214, 2010 U.S. LEXIS 7568.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 340 Fed. Appx. 73.

No. 10-5630. Wesley Ray Rogers, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 932, 131 S. Ct. 329, 178 L. Ed. 2d 214, 2010 U.S. LEXIS 7604,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-5631. Juan A. Ramos, Petitioner v. United States.

562 U.S. 932, 131 S. Ct. 329, 178 L. Ed. 2d 214, 2010 U.S. LEXIS 7454.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-5633. Brad Michael Eardley, Petitioner v. United States.

562 U.S. 932, 131 S. Ct. 330, 178 L. Ed. 2d 214, 2010 U.S. LEXIS 7317.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 376 Fed. Appx. 404.

No. 10-5634. Sherron Wilson, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.

562 U.S. 932, 131 S. Ct. 330, 178 L. Ed. 2d 214, 2010 U.S. LEXIS 7274.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-5635. Maurice D. Tucker, Petitioner v. United States.

562 U.S. 932, 131 S. Ct. 330, 178 L. Ed. 2d 214, 2010 U.S. LEXIS 7108.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 371 Fed. Appx. 676.